699

38 So.2d 206

## Abraham SULLIVAN v. STATE.
### 6 Div. 653.

Court of Appeals of Alabama.
Dec. 7, 1948.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.

Affirmed.

40 So.2d 915

## Hiram TAUNTON v. STATE.
### 5 Div. 278.

Court of Appeals of Alabama.
April 19, 1949.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Affirmed.

38 So.2d 206

## Orange Lee TAYLOR v. STATE.
### I Div. 574.

Court of Appeals of Alabama.
Oct. 5, 1948.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.

39 So.2d 61

## Arthur TERRELL v. STATE.
### 8 Div. 730.

Court of Appeals of Alabama.
Jan. 25, 1949.

John W. Brown, of Boaz, for appellant.
A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

39 So.2d 61

## Harrison TERRY v. STATE.
### 8 Div. 686.

Court of Appeals of Alabama.
Jan. 25, 1949.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Affirmed.

39 So.2d 62

## Harrison TERRY v. STATE.
### 6 Div. 687.

Court of Appeals of Alabama.
Jan. 25, 1949.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.